An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; AND CCMSI,
Appellants,
vs.
GARTH BAKER,
Respondent.

No. 65734

**FILED**

DEC 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a petition for judicial review in a workers' compensation matter. When our preliminary review of the documents before this court revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that in reversing the appeals officer's decision on waiver and providing respondent with an opportunity to obtain additional evidence, the district court implicitly remanded the matter for reconsideration of respondent's request to expand the scope of the workers' compensation claim, and thus, did not enter a final, appealable judgment. NRS 233B.150; NRAP 3A(b)(1); *Ayala v. Caesars Palace*, 119 Nev. 232, 235, 71 P.3d 490, 492 (2003), *abrogated on other grounds by Five Star Capital Corp. v. Ruby*, 124 Nev. 1048, 1054, 194 P.3d 709, 713 (2008).

In their timely response, appellants ask that this court find jurisdiction because the district court essentially reversed the appeals officer's decision and, based on that reversal, the appeals officer has little choice but to reopen the claim upon respondent's submission of additional evidence. Nevertheless, appellants also assert that they have reached a

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40930

settlement agreement with respondent and ask this court to dismiss the appeal.

Appellants' settlement with respondent renders this appeal moot. Accordingly, we treat appellants' second request as a motion to voluntarily dismiss this appeal, *see* NRAP 42(b), which we grant, with the parties to bear their own costs and fees. *Id.* Accordingly, without resolving the jurisdictional question, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Rob Bare, District Judge
      Persi J. Mishel, Settlement Judge
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Greenman Goldberg Raby & Martinez
      Eighth District Court Clerk